No. 16,472.

TENNIGKEIT *v.* TENNIGKEIT.
(220 P. [2d] 377)

Decided June 12, 1950.

PER CURIAM.

Judgment affirmed en banc without written opinion, Mr. JUSTICE HOLLAND not participating.

Mr. WILLIAM H. BURNETT, for plaintiff in error.

No appearance for defendant in error.